IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JACKSON KITCHENS,

     Plaintiff,                          No. CIV S-05-2442 FCD KJM P

     vs.

RICHARD PIERCE, et al.,

     Defendants.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983.[1] In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(b).

        As provided by Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

---

[1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4   2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6       United States District Court
      Eastern District of California
7       1130 "O" Street
      Fresno, CA 93721

9 DATED: December 8, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

/bb
kitc2442.22fn